S. W. & D. W. v. THE BOARD OF EDUCATION OF THE TOWN OF WESTFIELD, UNION COUNTY.

June 8, 1982.

Leave to appeal is granted, the order of the Appellate Division is summarily reversed and the matter is remanded to the Appel-

late Division for supplementation of the record. We do not intimate what weight should be given to the supplemental material.